### 1

Duff BEAVERS v. STATE. (No. 9280.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, Floyd County; R. C. Joiner, Judge. Mathews & Overson, of Floydada, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the possession of equipment for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without bills of exceptions or statement of facts. The indictment appears regular. No fundamental error has been discovered or pointed out. The judgment is affirmed.

### 2

Hill CASEY v. STATE. (No. 8695.) (Court of Criminal Appeals of Texas. March 4, 1925.) Appeal from Criminal District Court, Williamson County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The record is before us without bills of exception or statement of facts. The indictment appears regular. No fundamental error has been discovered or pointed out. The judgment is affirmed.

### 3

Tom CUNNINGHAM v. STATE. (No. 9221.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. The indictment is regular. The record is before us without bills of exception or statement of facts. No fundamental error has been discovered or pointed out. The judgment is affirmed.

### 4

Tom CUNNINGHAM v. STATE. (No. 9222.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for two years. The record contains neither bills of exception nor statement of facts. The indictment appears regular. No fundamental error has been perceived or pointed out. The judgment is affirmed.

### 5

Tom CUNNINGHAM v. STATE. (No. 9223.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without statement of facts. Nothing is brought forward for review by bills of exceptions. The indictment appears regular, and the charge of the court seems to be in conformity with the law. The judgment is affirmed.

### 6

Tom CUNNINGHAM v. STATE. (No. 9224.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of McLennan county of burglary, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the burglary of a box car, and the charge of the court submits the law applicable. No error appearing, the judgment will be affirmed.

### 7

Tom CUNNINGHAM v. STATE. (No. 9225.) (Court of Criminal Appeals of Texas. March 11, 1925.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of McLennan county of burglary, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the burglary of a box car, and the charge of the court submits the law applicable. No error appearing, the judgment will be affirmed.

### 8

John DAVIS v. STATE. (No. 8619.) (Court of Criminal Appeals of Texas. Feb. 25, 1925.) Appeal from District Court, Bee County; T. M. Cox, Judge. Chas. Troy, of Beeville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The appellant, a negro man, was walking at nighttime upon the street, and, upon circumstances detailed by the witnesses, the state contends that the evidence shows that he was transport-